344 A.2d 465
COMMONWEALTH of Pennsylvania
v.
John HOLLY, Appellant.

Supreme Court of Pennsylvania.

Argued June 30, 1975.

Decided Oct. 3, 1975.

George Philip Stahl, Jr., Stahl & McGreal, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Carolyn Engel Temin, Asst. Dist. Atty., James Garrett, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

The court being equally divided, appellant's judgment of sentence is affirmed.

NIX, J., took no part in the consideration or decision of this case.